

## NUMBER 13-20-00330-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**RIO GRANDE REGIONAL HOSPITAL, INC.,
HCA HEALTH SERVICES OF TEXAS, INC.,
AND RESOURCES CORPORATION OF
AMERICA & RECOVERY OF TEXAS, LLC,**                    **Appellants,**

**v.**

**ESTHER AKINDAYOMI, ET AL.,**                    **Appellees.**

---

### On Petition for Permissive Appeal from the
### 464th Judicial District Court of Hidalgo County, Texas.

---

## ORDER

**Before Justices Benavides, Hinojosa, and Tijerina
Order Per Curiam**

Rio Grande Regional Hospital, Inc., HCA Health Services of Texas, Inc., Resource

Corporation of America & Recovery of Texas, LLC, and Esther Akindayomi, et al. filed a

joint petition for permissive appeal on August 6, 2020. *See generally* TEX. R. APP. P. 28.3. The parties agree that all requirements for a permissive appeal have been met. Rio Grande Regional Hospital, Inc., HCA Health Services of Texas, Inc., and Resource Corporation of America & Recovery of Texas, LLC request permission to appeal the trial court's judgment, and Esther Akindayomi, et al. request permission to cross-appeal.

The Court, having examined and fully considered the petition for permissive appeal is of the opinion that the petition should be granted. Accordingly, we GRANT permission to appeal. Thus, a notice of appeal and a notice of cross-appeal are deemed to have been filed on this date. *See id.* R. 28.3(k); *see also id.* 25.1 (c) ("A party who seeks to alter the trial court's judgment or other appealable order must file a notice of appeal."). The appeal will be governed by the rules for accelerated appeals. *See id.* R. 28.1 ("The deadlines and procedures for filing the record and briefs in an accelerated appeal are provided in Rules 35.1 and 38.6.").

We direct the Clerk of the Court to file a copy of this order with the trial court clerk. *See id.* R. 28.3(k).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd of December, 2020.

2